IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| RAFAEL GARZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. |
| COMBE INCORPORATED; COMBE | § | DR-19-CV-005-AM/VRG |
| PRODUCTS, INC.; COMBE | § | |
| LABORATORIES, INC.; and COMBE | § | |
| INTERNATIONAL, LLC f/k/a COMBE | § | |
| INTERNATIONAL, LTD., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On August 19, 2019, the parties filed a joint stipulation of dismissal that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the Plaintiff's claims asserted in this suit against all of the Defendants are **DISMISSED WITHOUT PREJUDICE** as set forth in the stipulation. All parties shall bear their own costs and fees. **IT IS FURTHER ORDERED** that all motions pending in the instant action be **DENIED** as moot and that the Clerk shall close this cause.

SIGNED this 20th day of August, 2019.

ALIA MOSES
UNITED STATES DISTRICT JUDGE